# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 9, 2018

## NO. 03-17-00524-CR

**Michael Ray Ellsworth, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
### BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND
### MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgment requiring reversal. However, there was error in the judgment that requires correction. Therefore, the Court modifies the trial court's judgment to reflect that the "Statute for Offense" is "22.021(a)(1)(b)(i), (iv), (f) Penal Code." The judgment, as modified, is affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.